FILED
April 17, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____D. Trujillo_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| SANCHEZ PUENTES, et al., *Petitioners,* v. GARITE, et al, *Respondents.* | Case No. 25-cv-0127 |

## ORDER GRANTING PETITIONERS' EMERGENCY MOTION FOR <u>TEMPORARY RESTRAINING ORDER</u>

Upon review of Petitioners' Emergency Motion for Temporary Restraining Order, the underlying Verified Petition for A Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Request for Order to Show Cause, Dkt. 1, all supporting memoranda and exhibits, and any papers in opposition, Petitioners' Emergency Motion for Temporary Restraining Order is **GRANTED**.

The Court finds that the Petitioners have satisfied the requirements for temporary injunctive relief by demonstrating (1) a substantial likelihood of success on the merits of their claims for relief; (2) a substantial threat of in irreparable injury absent the injunction; (3) that the threatened injury outweighs any damage that injunction may cause the opposing party; and (4) that the injunction will not disserve public interest. *Lake Charles Diesel, Inc. v. General Motors Corp*, 328 F.3d 192, 195 (5th Cir. 2003).

**IT IS THEREFORE ORDERED** that Respondents and their agents, employees, assigns, and all those acting in concert with them are **ENJOINED** from removing Petitioners

from this District, including any removal pursuant to the Alien Enemies Act, until this Court orders otherwise.

El Paso, Texas, this __17th__ day of __April__, 2025.

_____
HON. DAVID BRIONES
SENIOR U.S. DISTRICT JUDGE