# Exhibit 1

## DECLARATION OF MARCELA MARIA VILLEDA SANCHINELLI

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. My name is Marcela Maria Villeda Sanchinelli. I am an attorney, barred in the District of Columbia. I am employed as an associate attorney at Grossman Young & Hammond, LLC, located in Bethesda, Maryland.

2. On or about April 8, 2025, Mr. Julio Cesar Sanchez Puentes (Mr. Sanchez Puentes) and Ms. Luddis Norelia Sanchez Garcia (Ms. Sanchez Garcia) (hereinafter together referred to as "clients") retained my firm to represent them in connection with certain U.S. immigration matters.

3. On April 16, 2025, on or around 11:00 am EST, U.S. Immigration and Customs Enforcement (ICE) detained Mr. Sanchez Puentes and Ms. Sanchez Garcia as they tried to board their flight from El Paso, Texas, back to their home in Washington, D.C.

4. Later that day, at around 4:18pm EST, I called ICE ERO's El Paso Field Office at (915) 225-0700 to obtain information about the whereabouts of my clients and why they were being detained. I spoke to an officer who stated that neither of my clients' information appeared in computer systems the officer reviewed.

5. I then searched ICE's Online Detainee Locator System (ODLS) to ascertain my clients' location. Neither of my clients' information appeared in the ODLS.

1

6. At 4:56 pm EST, I emailed ICE El Paso Field Office Director (FOD), Mary B. DeAnda-Ybarra, requesting information regarding my clients' whereabouts, well-being, and any scheduled hearings. I also informed her that my clients are represented by counsel in their immigration and criminal proceedings and could not be questioned without such counsel present.

7. At 5:35 pm EST, FOD DeAnda-Ybarra replied to my email and confirmed that my clients were in custody with ERO El Paso. She also relayed that they were to have a virtual hearing with a magistrate judge in Virginia at 3:00 pm MDT; and that they would be transported to the El Paso Processing Center (EPC) after the virtual hearing.

8. At 7:27 pm EST, I emailed "ELPASO_EPC_VAV@ice.dhs.gov" to schedule a virtual legal visit with my clients. At 7:45 pm EST, I received a response from the same email stating that my clients were not in that facility. I forwarded this response to FOD DeAndra-Ybarra and Assistant FOD Martin Sarellano, to obtain clarification of my clients' location. I also asked for guidance on how I could have a privileged discussion with them. I have not received a response to this email as of today.

9. Thankfully, a friend of Ms. Sanchez Garcia was able to visit her at EPC the night of April 16, confirming she was indeed detained there. EPC staff informed

Ms. Sanchez Garcia's friend that Mr. Sanchez Puentes was still being processed and could not receive any visitors.

10. The following morning, April 17, at 9:13 am EST, I emailed "ELPASO_EPC_VAV@ice.dhs.gov" again to schedule a virtual visit with my clients. I received a response that because my clients are classified as "medium high/high" I would not be able to meet with them that day. The earliest visit I could schedule with Mr. Sanchez Puentes was on April 18 at 6:00 pm EST, and with Ms. Sanchez Garcia on Saturday April 19, at 10 am EST—more than two and three days, respectively, from the time I initially requested an urgent legal visit with them

11. Despite multiple requests, I still have not received a copy of the "notice" they stated they provided to my clients regarding their Alien Enemies Act designation.

12. I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on this 18th day of April of 2025.

_____
Marcela Maria Villeda Sanchinelli

3