IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| SANCHEZ PUENTES, et al., *Petitioners,* v. GARITE, et al, *Respondents.* | Case No. 25-cv-0127 |

### [PROPOSED] ORDER

Upon review of Petitioners' Amended Verified Petition for A Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, all supporting memoranda and exhibits, and any papers in opposition, Petitioners' Amended Petition for a Writ of Habeas Corpus is **GRANTED**.

The Court finds that Respondents' initial detention of Petitioners was unlawful pursuant to 8 U.S.C. § 1254a and 8 C.F.R. § 244.14(b)(3).

The Court further finds that Respondents have not established that Petitioners are "members" of or associated with Tren de Aragua, and their designation as alien enemies is unlawful. The Court therefore finds that their detention pursuant to the Alien Enemies Act is unlawful.

**IT IS THEREFORE ORDERED** that Respondents and their agents, employees, assigns, and all those acting in concert with them are **ENJOINED** from detaining Petitioners while they are within the TPS withdrawal appeal window, and as the appeal is adjudicated.

**IT IS FURTHER ORDERED** that Respondents and their agents, employees, assigns, and all those acting in concert with them are **ENJOINED** from detaining, re-detaining, or removing Petitioners on the basis of the Alien Enemies Act.

**IT IS FURTHER ORDERED** that Respondents and their agents, employees, assigns, and all those acting in concert with them must provide Petitioners and their counsel 30 days' notice and an opportunity to respond before pursuing any re-detention or removal on the basis of immigration status or the Alien Enemies Act.

El Paso, Texas, this _____ day of _____, 2025.

_____
HON. DAVID BRIONES
SENIOR U.S. DISTRICT JUDGE