IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| SANCHEZ PUENTES, et al., | § | |
|     Petitioners, | § | |
| | § | |
| v. | § | EP-25-CV-00127-DB |
| | § | |
| GARITE, et al., | § | |
|     Respondents. | § | |

### ORDER FOR RESPONDENTS TO RESPOND WITHIN FIVE DAYS

On this day the Court considered Petitioners Julio Cesar Sanchez Puentes and Luddis Norelia Sanchez Garcia's ("Petitioners") "Motion to Enforce Judgment," filed on April 26, 2025, ECF No. 28. Therein, Petitioners "respectfully move the Court to enforce its April 25, 2025 Order and require Respondents to immediately and fully release Mr. and Ms. Sanchez from all immigration custody, without any electronic monitoring and additional conditions of their release." *Id.* at 3. Petitioners also advised this Court that "Petitioners conferred with Respondents about the filing of this motion prior to filing" and that Respondents "did not agree to remove the additional restraints on Petitioners' liberty but indicated an openness to continuing to confer without specifying a timeframe for a firm response." *Id.* Therefore, to ensure timely resolution to this newest issue, this Court is of the opinion that the following order should issue:

Accordingly, **IT IS HEREBY ORDERED** that Respondents Angel Garite, Mary De-Anda-Ybarra, Todd Lyon, Kristi Noem, and Pam Bondi, **RESPOND** to Petitioners' instant Motion to Enforce Judgment, ECF No. 23, **within five (5) days** of the issuance of this order.

SIGNED this 28th day of **APRIL 2025**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE