United States District Court
Western District of Texas
El Paso Division

| | |
|---|---|
| Julio Cesar Sanchez Puentes,<br>and Luddis Norelia Sanchez Garcia,<br>   Petitioners,<br><br>v.<br><br>Mary De-Anda-Ybarra, in her official capacity<br>as Field Office Director of the U.S.<br>Immigration and Customs, Enforcement and<br>Removal Operations in El Paso Field Office,<br>*et al,*<br>  Respondents. | No. 3:25-CV-00127-DB |

**Order**

The Court considered Petitioners' Motion to Enforce Judgment and Respondents' Opposition and finds that the Motion should be **DENIED**. Respondents complied with the Court's order to release Petitioners from detention. Any challenges to the conditions ICE imposed on Petitioners' release to minimize flight risk or otherwise ensure public safety during removal proceedings are properly lodged in a Motion for Bond Redetermination filed directly with the Immigration Court.

**IT IS SO ORDERED** this 1ST day of May 2025.

David Briones
Senior U.S. District Judge