UNITED STATES DISTRICT COURT WESTERN
DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JULIO CESAR SANCHEZ PUENTES and LUDDIS NORELIA SANCHEZ GARCIA,<br>  Petitioners,<br><br>v.<br><br>ANGEL GARITE, MARY DE-ANDA-YBARRA, TODD LYONS, KRISTI NOEM, and PAM BONDI,<br>  Respondents. | §§§§§§§§§§§ | EP-25-CV-00127-DB |

## ORDER

The Court, having considered Respondents' Motion for Order for Stay of Relief Pending Appeal, is of the opinion that said motion should be GRANTED[1].

IT IS THEREFORE ORDERED that this Court's April 25, 2025, memorandum opinion and order, with respect to the District-wide relief granted in that order, is stayed pending the appeal to the Fifth Circuit Court of Appeals.

SIGNED this __13th__ day of __MAY__, 2025 at __2:48__, PM.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that a Temporary Restraining Order has been issued in a separate, but related case, *M.A.P.S. v. Garite, et al.*, No: EP-25-CV-00171-DB (W.D. Tex., May 10, 2025), which applies to Respondents in the instant case, despite the stay of the district-wide order in the instant case.