IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JULIO CESAR SANCHEZ PUENTES and LUDDIS NORELIA SANCHEZ GARCIA,<br>　　　Petitioners,<br><br>v.<br><br>ANGEL GARITE, MARY DE-ANDA-YBARRA, TODD LYONS, KRISTI NOEM, and PAM BONDI,<br>　　　Respondents. | §§§§§§§§§§§§ | EP-25-CV-00127-DB |

## FINAL JUDGMENT

On April 25, 2025, this Court entered an order granting the relief Petitioners Julio Cesar Sanchez Puentes and Luddis Norelia Sanchez Garcia ("Petitioners") requested. *See* Memorandum Opinion and Order, ECF No. 27. The Court now enters a Final Judgment in favor of Petitioners.

Accordingly, **IT IS HEREBY ORDERED** that Petitioners' "Amended Verified Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Request for Order to Show Cause," ECF No. 9 is **GRANTED**.

**IT IS FURTHER ORDERED** that the District Clerk for the Western District of Texas **CLOSE** this case.

SIGNED this 13th day of JUNE 2025.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　THE HONORABLE DAVID BRIONES
　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE